UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| LESTER GIOVANNY GARCIA MEJIA, <br><br> Petitioner, <br><br> v. <br><br> KRISTI NOEM, et al., <br><br> Respondents. | Case No. 5:25-cv-03504-MRA-JDE <br><br> ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Petition for Writ of Habeas Corpus (Dkt. 1, "Petition") filed by Lester Giovanny Garcia Mejia ("Petitioner"), the Court's Orders granting a Temporary Restraining Order (Dkt. 13) and denying a preliminary injunction (Dkt. 17), the Answer to the Petition (Dkt. 23), Petitioner's Reply (Dkt. 24), and the Report and Recommendation of the United States Magistrate Judge (Dkt. 26, "Report"). As no party filed a timely objection to the Report, the Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED THAT: (1) Respondents are ordered to comply with the United States Constitution and all applicable federal laws,

regulations, and procedures in any future enforcement proceedings involving Petitioner; and (2) Judgment shall be entered dismissing the Petition without prejudice.

Dated: May 5, 2026

_____
MÓNICA RAMÍREZ ALMADANI
United States District Judge