JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| LESTER GIOVANNY GARCIA MEJIA, | Case No. 5:25-cv-03504-MRA-JDE |
| Petitioner, | JUDGMENT |
| v. | |
| KRISTI NOEM, et al., | |
| Respondents. | |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED, ADJUDGED, and DECREED that this action is dismissed without prejudice.

Dated: May 5, 2026

_____
MÓNICA RAMÍREZ ALMADANI
United States District Judge